■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICKEY CLARK, Appellant. [844 NYS2d 897]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 28, 2005 (*People v Clark*, 23 AD3d 673 [2005]), affirming a judgment of the Supreme Court, Suffolk County, rendered September 8, 2004.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Miller, J.P., Schmidt, Crane and Covello, JJ., concur.